Burns Manufacturing Company, Respondent, *v.* Clinchfield Products Corporation, Appellant.

*Appeal — unanimous reversal by Appellate Division of order of trial court setting aside verdict, reinstatement of said verdict and direction of judgment thereon — appeal may not be taken from said judgment without permission.*

*Burns Manfg. Co.* v. *Clinchfield Products Corpn.*, 189 App. Div. 569, appeal dismissed.

(Argued May 4, 1921; decided May 10, 1921.)

Appeal from a judgment, entered November 20, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial, reinstated said verdict and directed that judgment be entered thereon. Plaintiff contended that under section 9 of article 6 of the Constitution and subdivision 3 of section 191 of the Code of Civil Procedure the Court of Appeals had no jurisdiction to entertain the appeal.

　*Charles Adkins Baker, Hamilton M. Dawes* and *Herman Aaron* for appellant.

　*C. Parker Latlin, Albert Ritchie* and *Arthur Y. Dalziel* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.